IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTO ROBLES, JR.<br>　　　　　　Petitioner<br><br>vs.<br><br>HARRY WILSON; TOM CORBETT,<br>Attorney General of the States of<br>Pennsylvania,<br>　　　　　　Respondents | )<br>)<br>)<br>)<br>) Civil Action No. 06-366<br>) Judge Gary L. Lancaster/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 10th day of May, 2006, after the Petitioner, Roberto Robles, Jr., filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is transferred to the United States District Court for the Eastern District of Pennsylvania forthwith.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff/defendant desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GARY L. LANCASTER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Roberto Robles, Jr.
EN-0467
SCI Fayette
Box 9999
LaBelle, PA 15450-0999